UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| SANDREAL POUNDS,<br><br>                                       Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and TOWER LOAN OF MISSISSIPPI, LLC;<br><br>                                       Defendants. | Civil Case No. 1:21-cv-00363-WS-B<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Sandreal Pounds and Defendant Equifax Information Services LLC, ("Equifax"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation to Dismiss with prejudice within the next sixty (60) days. Plaintiff requests the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The matters against all other defendants have not been settled and are still ongoing. All deadlines pertaining to all other defendants should continue.

Dated this 5th day of October 2021

                                                       */s/ David A. Chami*
                                                       David A. Chami, AZ Bar No. 027585
                                                       Admitted pro hac vice
                                                       The Consumer Justice Law Firm
                                                       8245 N 85th Way Scottsdale, AZ 85258
                                                       T: (480) 626-2359
                                                       E: dchmai@cjl.law

- 2 -

        David I. Schoen, Esq.
        Alabama Bar No. 0860-O42D
        Local Counsel for Plaintiff
        2800 Zelda Road, Suite 100-6
        Montgomery, AL 36106
        (334) 395-6611 Office
        (917) 591-7586 Fax
        Email: Schoenlawfirm@gmail.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filling of all attorneys of record in this matter.

Dated: November 5, 2021

        */s/ Sierra Stewart*