IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDREAL POUNDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 21-0363-WS-B |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# ORDER

This matter comes before the Court on the Notice of Settlement as to Defendant Equifax Information Services, LLC (doc. 36). The Notice reflects that plaintiff and defendant Equifax have reached a settlement of all claims and causes of action between them and that they are in the process of completing final settlement documents to memorialize that agreement. In light of this development, it is **ORDERED** that plaintiff's claims against defendant Equifax are **DISMISSED with prejudice**, provided that either plaintiff or Equifax may move to reinstate those claims within **60 days** after the date of entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated.

This Order in no way dismisses or otherwise affects plaintiff's claims against the remaining defendants. This action will proceed as between Sandreal Pounds and defendants Trans Union, LLC and Tower Loan of Mississippi, LLC. All pending deadlines affecting those parties remain in place and fully operative.

DONE and ORDERED this 9th day of November, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE